JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. EDCV 14-2153-AG(SPx) | Date December 17, 2014 |
| Title HUGH F GONZALEZ v BANK OF AMERICA, NA, ET AL | |

Present: The Honorable **ANDREW J. GUILFORD**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   [In Chambers]  **ORDER DISMISSING ACTION FOR LACK OF PROSECUTION**

The notice of removal in this matter was filed on October 20, 2014.  On December 2, 2014, this Court issued a Minute Order which ordered plaintiff to file papers properly seeking entry of default or a default judgment or answers or other filings by the defendant, or show cause in writing on or before December 15, 2014, why this action should not be dismissed for lack of prosecution for failure to prosecute the action diligently.  To date, the Court has received no response to the Order to Show Cause and no request for entry of default or responsive pleadings from the defendant have been filed.

     Therefore, the Court ORDERS that this action is dismissed without prejudice for lack of prosecution, and for failure to comply with the Orders of the Court.

:  0

Initials of Preparer  lmb